# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**RONALD E. DAVIS,**

    **Plaintiff,**

    v.

**STATE OF CALIFORNIA,**
**CALIFORNIA FRANCHISE TAX BOARD, and**
**CALIFORNIA STATE AGENCY INSURER ,**

    **Defendants.**

Case No. 17-2125-JAR-JPO

## MEMORANDUM & ORDER

This matter comes before the Court on Plaintiff Ronald E. Davis' three Motions for Default Judgment (Docs. 9, 10, and 11). On March 29, 2017, Plaintiff, proceeding pro se, filed three Applications for Clerk's Entry of Default (Docs. 6, 7, and 8) against each of the California state entity Defendants. On that same date, Plaintiff filed the three instant motions for default judgment. The Court denied Plaintiff's applications for clerk's entry of default on April 3, 2017, because Plaintiff failed to present proof of proper service of process (Doc. 12). Entry of default is a prerequisite to the entry of a default judgment.[1] Because the Court has previously denied Plaintiff's applications for Clerk's entry of default, the Court denies Plaintiff's motions for default judgment.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff Ronald E. Davis' Motions for Default Judgment (Docs. 9, 10, and 11) are **denied**.

**IT IS SO ORDERED.**

Dated: April 6, 2017

---

[1] Fed. R. Civ. P. 55(b)(2); *Garrett v. Seymour*, 217 F. App'x 835, 838 (10th Cir. 2007).

                                                            <u>S/ Julie A. Robinson</u>
                                                            JULIE A. ROBINSON
                                                            UNITED STATES DISTRICT JUDGE